UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **25-2512**



In re: David J. Catanzaro



ORDER



        This petition for a writ of mandamus relates to two patent-infringement actions. The U.S. Court of Appeals for the Federal Circuit may have exclusive jurisdiction over such a petition.  See In re Arunachalam, 812 F.3d 290, 292–94 (3d Cir. 2016) ("[W]hen the Federal Circuit has exclusive appellate jurisdiction over a patent infringement action, it has exclusive jurisdiction over mandamus petitions arising from that action as well."). The petitioner must file a written response addressing whether the petition should be dismissed or transferred to the U.S. Court of Appeals for the Federal Circuit.  The petitioner's response must be filed within twenty-one days of this order.



For the Court,

  s/ Patricia S. Dodszuweit
Clerk


Dated: August 11, 2025
Gch/cc: David J. Catanzaro
Honorable Phillip J. Caraballo
Honorable Jospeh F. Saporito, Jr.
All Counsel of Record