OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 26, 2025

John V. Gorman, Esq.
Morgan Lewis & Bockius
2222 Market Street
12th Floor
Philadelphia, PA 19103

RE: In re: David Catanzaro
Case Number: 25-2512
District Court Case Number: 3:22-cv-01754
District Court Case Number: 3:22-cv-01768

Dear Counsel:

Pursuant to our docketing letter dated **August 11, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk


 By: Stephanie
Case Manager

Direct Dial 267-299-4926

cc:

Stephen H. Barrett, Esq.
Jennifer C. Berger, Esq.
David J. Catanzaro,
Caitlin P. Strauss, Esq.