

RECEIVED
4 Pay
AUG 2 5 2025
U.S.C.A. 3rd. CIR

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

---

In re: David J. Catanzaro,

Appellant

---

No. 25-2512

## ON PETITION FOR WRIT OF MANDAMUS

---

From the United States District Court

for the Middle District of Pennsylvania

(Docket Nos. 3:22-cv-01754 and 3:22-cv-01768)

---

David J. Catanzaro

Plaintiff and Petitioner, Pro Se

286 Upper Powderly Street

Carbondale, PA 18407

davidjosephus@aol.com

August 22, 2025

**Response to the Court's Order Regarding Jurisdiction**

Appellant David J. Catanzaro respectfully submits this response to the Court's

August 11th Order directing him to address whether this petition for a writ of

mandamus should be dismissed or transferred to the United States Court of

Appeals for the Federal Circuit.

## I. Prior Jurisdiction in Appeal No. 24-1247

The Third Circuit has already exercised jurisdiction over the same district court

litigation at issue here. In Catanzaro v. Does 1–50; Walmart, Inc.; Walmart.com,

No. 24-1247 (3d Cir. July 12, 2024), this Court reviewed and reversed a dismissal

order from the very same action—now captioned as Catanzaro v. Lykart

Technologies LLC, et al., No. 3:22-cv-01754.

That earlier appeal involved the same patent, the same pro se litigant, and—most

significantly—the same issues of judicial process and discretion that are raised in

this mandamus petition. The Court's ruling in No. 24-1247 held that it was an

abuse of discretion for the District Court to deny relief based solely on procedural

grounds, and recognized the impact of delayed rulings on a pro se litigant's ability

to fairly prosecute claims.

Accordingly, Petitioner believes that this Court has already properly exercised

jurisdiction over these same proceedings and is well-positioned to do so again for

the limited procedural issues raised here.

## II. Conclusion

Petitioner acknowledges that the Federal Circuit typically handles appeals involving substantive issues of patent law. However, because this petition raises only issues of judicial delay and procedural fairness, and because the Third Circuit has already exercised jurisdiction in Appeal No. 24-1247, Petitioner respectfully requests that the Court retain jurisdiction for consistency and efficiency.

If the Court still determines that transfer is required, Petitioner asks that this matter be transferred to the United States Court of Appeals for the Federal Circuit.

Date August 22, 2025                    Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I caused a true and correct copy of the foregoing Petitioner's Reply to Order of August 11, 2025 Regarding Appellate Jurisdiction, including all certificates, to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record as listed on the docket:

**For Unrepresented Defendants:**

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**

30 N Gould St Suite 5707

Sheridan, WY 82801, US

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date August 22, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY**
**MAIL**

Retail

U.S. POSTAGE PAID
PM
JERMYN, PA 18433
AUG 22, 2025

$11.00
19106
0 Lb 4.60 Oz
S2324A50014-01

RDC 03

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSUR**

EXPECTED DELIVERY DAY: 08/25/25

USPS TRACKING® #

9505 5103 8382 5234 4392 10

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:
X-Ray-Ray Jon Jon
USMBNS
Carbondale, PA 18407

RECEIVED
AUG 25 2025
USCA 3rd CIR

TO:

Clerk's Office
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

PS0001000014

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.