# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

In re: David J. Catanzaro,

Appellant

_____

No. 25-2512

NOTICE TO THE COURT

_____

From the United States District Court

for the Middle District of Pennsylvania

(Docket Nos. 3:22-cv-01754 and 3:22-cv-01768)

_____

David J. Catanzaro

Plaintiff and Petitioner, Pro Se

286 Upper Powderly Street

Carbondale, PA 18407

davidjosephus@aol.com

September 1, 2025

## NOTICE TO THE COURT REGARDING APPEARANCE BY
## DEFAULTED PARTY

Petitioner respectfully submits this Notice to the Court regarding a recent procedural development.

On August 29, 2025, AliExpress entered an appearance in this appellate matter. However, in the underlying district court case, Catanzaro v. Walmart, et al., No. 3:22-cv-01768 (M.D. Pa.), AliExpress has been in default since January 8, 2024, pursuant to the Clerk's Entry of Default (Doc. 85). A properly supported motion for default judgment remains pending and has not yet been adjudicated.

AliExpress has not been granted leave to reenter the district court case, and its default status remains in full effect. Petitioner respectfully raises the issue of whether a defaulted party should be permitted to participate in this appellate matter at this stage, particularly without having first cured their default in the district court.

No relief is requested at this time. This notice is submitted solely to preserve the issue for the Court's awareness and future consideration.

Date September 1, 2025                    Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com


## CERTIFICATE OF SERVICE


 I hereby certify that on this 1st day of September, 2025, a true and correct copy of the foregoing Notice was served via email upon:

Zhen Pan, Esq.
Counsel for Respondent AliExpress


Date September 1, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com